### 985. LAURENS BANKING COMPANY *v.* BALES.

POWELL, J. "An unconditional assignment of a note given for the purchase of personalty, wherein the seller retains title to the property sold until the purchase-money is paid, does not extinguish the security, but carries it along, and the title retained by the seller becomes vested in the assignee until the purchase debt is paid." *Townsend* v. *Southern Product Co.,* 127 *Ga.* 342 (56 S. E. 436).          *Judgment reversed.*

Trover, from city court of Dublin—Judge Burch. December 20, 1907.

Argued March 11,—Decided March 30, 1908.

*Davis & Adams,* for plaintiff. *Peyton L. Wade,* for defendant.